IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No: 3:05CV165 MU

| | |
|---|---|
| ALICE M. ALLEN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | STIPULATION OF JUDGMENT |

The parties have stipulated and agreed that judgment should be entered in favor of plaintiff Alice M. Allen against the United States as follows on all claims in the complaint. It is therefore:

ORDERED that judgment be entered in favor of plaintiff on Count I in the amount of $4,581 plus interest from April 15, 2000 until this judgment is satisfied and $82.58 plus interest from September 20, 2004 until this judgment is satisfied, all interest to be computed pursuant to 28 U.S.C. § 2411 and 26 U.S.C. § 6621(a)(1).

ORDERED that judgment be entered in favor of plaintiff on Count II in the amount of $2,910 plus interest from April 15, 2004 until this judgment is satisfied at the rate specified in 28 U.S.C. § 2411 and 26 U.S.C. § 6621(a)(1).

Each party is to bear their own costs and attorney's fees.

This the 7th day of November, 2005

_____
Graham D. Mullen
United States District Judge

C-952162v1 97061.01027

Consented to:

s/ Thomas Holderness
Thomas Holderness
N.C. Bar No. 17457
Andrew W. Tarr
N.C. Bar No. 31827

Attorneys for Alice M. Allen
Robinson, Bradshaw & Hinson, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Ph: (704) 377-2536
Fax: (704) 378-4000
tholderness@rbh.com
atarr@rbh.com

s/ Jonathan D. Carroll
Jonathan D. Carroll
Trial Attorney
U.S. Dept. of Justice

Attorney for the United States
PO Box 227
Ben Franklin Station
Washington, D.C. 20044
Ph: (202) 307-6669
Fax: (202.) 514-6866
jonathan.d.carroll@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on <u>September 26, 2005</u>, I electronically filed the foregoing Stipulation of Judgment with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the document to the following non CM/ECF participant:

>Jonathan D. Carroll
>Trial Attorney, Tax Division
>U.S. Department of Justice
>P.O. Box 227
>Ben Franklin Station
>Washington, D.C. 20044

>Respectfully submitted,

>s/ Thomas Holderness
>Thomas Holderness
>Robinson, Bradshaw & Hinson, P.A.
>101 North Tryon Street, Suite 1900
>Charlotte, North Carolina 28246
>Ph: (704) 377-2536
>Fax: (704) 378-4000
>tholderness@rbh.com